AE

**RECEIVED**

NOV 05 2007
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1 #10.26 (chgo-10)

NAME: ҰA

PRISON IDENTIFICATION/BOOKING NO.: at P.O. 3400 #42522

ADDRESS OR PLACE OF CONFINEMENT: Florence Az. 85232

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

219 S. Dearborn Chicago IL 60604

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF** ~~California~~

FULL NAME (Include name under which you were convicted): ҰARTHUR COTA For w/ World Court

Petitioner,

v.

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED: Chicago /ALL US Esq court staff

Respondent.

CASE NUMBER:
CV _____
To be supplied by the Clerk of the United States District Court

New ALL Writs Act 28 USC § 1651 EXTRAORDINARY Writ

☐ AMENDED
To SEIZE - VCTM

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
**28 U.S.C. § 2254**

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV By ҰA .COTA 10-30-07

**07CV6253**
**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE NOLAN**

**INSTRUCTIONS - PLEASE READ CAREFULLY**

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6. When you have completed the form, send the original and two copies to the following address:
   Clerk of the United States District Court for the Central District of ~~California~~
   United States Courthouse
   ATTN: Intake/Docket Section ~~312 North Spring Street~~
   ~~Los Angeles, California 90012~~

Act use not a civ tort Ibid

Due to no forms for all writ this form 2255/4 yet is standard writ nor is this

CV-69 (04/05)   PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)   Page 1 of 10

1-of-21 P.

cont (chgo-10)
I state to best able true 1st #10.26 perjury

(7) Was an evidentiary hearing held? ☐ Yes ☐ No
PETITION -
1. This is a extraordinary writ issued to

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction? ☐ Yes ☐ No  USA esq John Ashcroft
If so, give the following information (and attach a copy of the petition if available): as custodian over USA to
   (1) Name of court: seize XA.COTA vctm = vctcm.
   (2) Case number: 2. Illegal charge pro se trial
   (3) Date filed (or if mailed, the date the petition was turned over to the prison authorities for mailing): -- rno in a
   (4) Grounds raised (list each): dispute rather the criminal acts
      (a) inactions of nat'l courts others blocked
      (b) for countless (over 1/2 decad)
      (c) 3. Even if were quasi-crim-Habeas
      (d) the sentence is illegal and expired
      (e) plus almost 15 yrs on top max the
      (f) statutory max was 3-yrs or less for
resist arrest. 4. This is not a conditions
11. Are you presently represented by counsel? ☐ Yes ☐ No  of confinement §1983
If so, provide name, address and telephone number: because challenge to custody collateral - 5. The custodian is US esq because out ALL USA to world court
6. Threats to life 12-2-2007 threat hold

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,
past kik-out release date
7. Ariz. courts blocked and or obstruct justice thus seek extraordinary seize vctm XA. to chicago US                     protective
                           Signature of Attorney (if any)
custody out Ariz. criminal office

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Its prayed writ ex parte pur x28 all

Executed on _____    XA
              Date              Signature of Petitioner
writs all for crimes ongoing to go out USA to world court immediate seize by US marshall XA.COTA out Ariz. Other just speedy relief ex parte. mailed on about 10-30-07 to chicago us cat
                                          By XA.COTA

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)
CV-69 (04/05)                                                          Page 8 of 10
(chgo-10)           2 of 2