**PRISONER CASE** #5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# Civil Cover Sheet

KC **FILED**
NOV 05 2007
NOV 05 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | ARTHUR COTA | **Defendant(s):** | CHICAGO/ALL US ESQ COURT STAFF |
| **County of Residence:** | US, Outside the State of IL | **County of Residence:** | |
| **Plaintiff's Address:** | Arthur Cota<br>#42522<br>Arizona Department of Corrections<br>P.O. Box 3400<br>Florence, AZ 85232 | **Defendant's Attorney:** | 07CV6253<br>JUDGE GETTLEMAN<br>MAGISTRATE JUDGE NOLAN |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** *A. E. Woodlam*  **Date:** 11/05/2007