HE

*A at H2522                    <— COURT 219 S. Denborn
1 *Florence AZ 85232-3400  Chi——go  IL 60604
*ARTHUR COTTA
Pttnr. = petitioner     FM 7A    Hon. Gettleman-M.N.
   vs.                            cv (7-6253) (or newby
Chicago / All US Esq              clerk)
5. CRT STAFF             ) *M F PRELMINARY RELIEF
                           EX parte DECLATORY / seize

    pttnr moves pro se for *M —— Prelm'relf
ex parte the court ex parte declatory
( Excerpt'y □  □ No)
                              BY *A. COTTA _____ 10-31-07
                                mailed _____ 200—
        (I state as best able true lest perjury)

10.
1. 12-10-00 illegal arrest / assaulted by cop
obstructing justice civ/crm for suits at
law enter alla false-imprisonment. 2. Threats
old Past C.S.E.A. = (cmmty-parole)-Expired-Da-
te ie, Kik-out release 12-2-2007 from
15. illegal custody OF vctm = Victem.
      3. The court has not stated what
type action as to *28 USC 51651 for extraord-
inary Writs Act. 4. Thus ask CRT to grant
prelm——y / declare ! (A) Right to ex parte
20.      Seize-vctm = VICTEM *A. COTTA out of
    . assailent's / hostage-holders Ariz. ADOC =
    prison by us Marshalls to transfer to
    federal protection.
    (B) That custodian is US esq John Ashcroft
    to wit writ Issued surrender *A. victm to
    go, out USA to world cowt
        (C) That this is not a §1983 civ. rts / NOR
25.   §2255 / 4 because Challenge to custody
    yet not to Jwy trial false charge
    because for out USA
        Any other justice declared ASAP to
    stop tortures crimes of Ariz. mailed 11-8-07
to above.crt (TRE-RLF)  — 1 OF 1  BY *A .COTTA

FILED
NOV 14 2007 au
NOV 14 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT