# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6253 | **DATE** | 2/14/2008 |
| **CASE TITLE** | | Arthur Cota (#42522) v. Chicago | |

**DOCKET ENTRY TEXT:**

Petitioner Arthur Cota has failed to comply with this Court's 12/13/07 order [5], wherein the Court ordered that petitioner, by 1/30/08: (1) either prepay the $5 filing fee or submit an in forma pauperis application and (2) file an amended petition for habeas corpus relief on this Court's form that sufficiently stated his claims for relief. The Court warned that failure to comply would result in dismissal. The Court, therefore, dismisses this case in its entirety without prejudice for failure to pay and failure to comply. All pending motions are denied as moot. This case is terminated.

Docketing to mail notices.

isk